IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARLON E. BRACKEN, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-03540 |
| | ) | Hon. John F. Kness |
| ROUNDY'S ILLINOIS, LLC, d/b/a | ) | |
| MARIANO'S, | ) | |
|     Defendant | ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(A)(i)

Pursuant to the Federal Rules of Civil Procedures 41(a)(A)(i), Plaintiff MARLON E. BRACKEN and or his counsel, hereby gives notice that the above-captioned case is voluntarily dismissed with prejudice against Defendant ROUNDY'S ILLINOIS, LLC, d/b/a MARIANO'S.

### CERTIFICATE OF SERVICE

The undersigned certifies that he filed this Notice of Dismissal via E-Mail on opposing counsel Christopher S. Griesmeyer of Greiman, Rome & Griesmeyer, LLC at cgriesmeyer@grglegal.com and the Court's electronic filing system on Tuesday, September 13, 2022.

                                            Respectfully Submitted By,   /s/ John M. O'Toole
                                                                            Attorney for the Plaintiff

John M. O'Toole
Attorney No.:         6199003
Firm:                  O'Toole Law Firm, LLC
Address:             150 S. Wacker Drive, Suite 2400, Chicago, IL. 60606
Office Phone:      (312) 546-5057
Cell Phone:        (312)560-8981
FAX:                 (312)546-5123
E-Mail:              john@otoolelaw.net